# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Sauer Incorporated | ) | ASBCA Nos. 61696, 61697, 61698 |
| | ) | 61699, 61700, 61701 |
| | ) | 61702, 61703 |
| | ) | |
| Under Contract No. N62467-05-D-0181 | ) | |

APPEARANCES FOR THE APPELLANT:      Gina P. Grimsley, Esq.
                                     Counsel

                                     Reid A. Jones, Esq.
                                      Wiener Weiss & Madison, APC
                                      Shreveport, LA

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                     Timothy J. Cothrel, Esq.
                                      Trial Attorney

## OPINION BY ADMINISTRATIVE JUDGE MCNULTY

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' joint motion to sustain the appeals and request entry of a consent judgment, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,500,000.00. This amount is inclusive of interest. No further interest shall be paid.

Dated: January 3, 2020

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61696, 61697, 61698, 61699, 61700, 61701, 61702, 61703, Appeals of Sauer Incorporated, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2